AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

GAIL E. JOHNSON

        Plaintiff               ORDER ON APPLICATION
                                       TO PROCEED WITHOUT
V.                                  PREPAYMENT OF FEES

COMMISSIONER OF SOCIAL SECURITY

        Defendant              Case Number: 10-5862 (SDW)

     Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

     IT IS ORDERED that the application is:

   ☒ GRANTED, and

   ☒ The clerk is directed to file the complaint,  and

     ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this 17th day of November, 2010

                                                  Signature of Judicial Officer

                                                  Susan D. Wigenton , U.S.D.J.
                                                  Name and title of Judicial Officer